December 17, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

SJ MEDICAL CENTER, L.L.C. D/B/A ST. JOSEPH MEDICAL CENTER,
Appellant

NO. 14-12-01004-CV                     V.

JASON ESTAHBANATI AND MENTEWAB OSMAN, INDIVIDUALLY AND
AS NEXT FRIENDS, NATURAL PARENTS, AND LEGAL GUARDIANS OF
JAYDEN OSMAN, A MINOR, Appellees

_____

This cause, an appeal from the trial court's order signed, October 16, 2012, was heard on the transcript of the record. The record shows that this order is interlocutory rather than final. This court lacks appellate jurisdiction over this interlocutory order. We therefore order the appeal **DISMISSED FOR LACK OF APPELLATE JURISDICTION**.  We order appellant, SJ Medical Center, L.L.C. d/b/a St. Joseph Medical Center to pay all costs incurred in this appeal. We further order this decision certified below for observance.